UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAKAN CHAMEL MILLS,<br><br>            Plaintiff,<br><br>    v.<br><br>R. CUELLAR, et al.,<br><br>            Defendants. | No. 1:20-cv-01247-NONE-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CERTAIN CLAIMS AND DEFENDANTS<br><br>(Doc. No. 14) |

Jakan Mills ("plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 16, 2020, the assigned magistrate judge entered findings and recommendations, recommending that "all claims and defendants be dismissed, except for Plaintiff's Eighth Amendment excessive force claim against defendants Cuellar and Diaz." (Doc. No. 14 at 7.)

Plaintiff was provided an opportunity to file objections to the findings and recommendations. The deadline to file objections has passed, and plaintiff has not filed objections or otherwise responded to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the

1

court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on November 16, 2020, (Doc. No. 7), are adopted in full;
2. All claims and defendants are dismissed, except for Plaintiff's Eighth Amendment excessive force claim against defendants Cuellar and Diaz; and
3. The Clerk of Court is directed to reflect the dismissal of defendant William Joe Sullivan on the court's docket.

IT IS SO ORDERED.

Dated:   **January 8, 2021**                                 /s/ Dale A. Drozd
                                                                         UNITED STATES DISTRICT JUDGE