1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11

JAKAN CHAMEL MILLS,                    | Case No. 1:20-cv-01247-NONE-EPG (PC)

12
                            Plaintiff, | ORDER GRANTING DEFENDANT'S *EX*
13                                     | *PARTE* APPLICATION FOR EXTENSION
         v.                            | OF TIME TO FILE A RESPONSE TO
14                                     | PLAINTIFF'S COMPLAINT

15   R. CUELLAR, et al.,               | (ECF No. 24)

16                         Defendants.

17

18       Having read and considered Defendant Cuellar's *ex parte* application for an extension of

19   time to file a response to Plaintiff's Complaint, the declaration of Defendant's counsel supporting

20   the motion, and for good cause appearing, the application is GRANTED.

21       Defendant Cuellar shall file and serve a response to Plaintiff's Complaint on or before

22   March 20, 2021.
     IT IS SO ORDERED.
23

24       Dated:   **January 19, 2021**            /s/ *Erica P. Grosjean*
                                                  _____
25                                                UNITED STATES MAGISTRATE JUDGE

26

27

28

                                               1