UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAKAN CHAMEL MILLS, | Case No. 1:20-cv-01247-NONE-EPG (PC) |
| Plaintiff, | ORDER GRANTING DEFENDANT CUELLAR'S *EX PARTE* APPLICATION FOR EXTENSION OF TIME TO RESPOND TO THE COURT'S ADR REFERRAL |
| v. | |
| R. CUELLAR, et al., | (ECF No. 26) |
| Defendants. | |

Having read and considered Defendant Cuellar's *ex parte* application for an extension of time to respond to the Court's ADR Referral, the declaration of Defendant's counsel supporting the motion, and for good cause appearing, the application is **GRANTED**.

Defendant Cuellar has until March 15, 2021, to file a notice that he opts out of the settlement conference or to contact ADR Coordinator Sujean Park (spark@caed.uscourts.gov) to schedule the settlement conference.

IT IS SO ORDERED.

Dated: **January 29, 2021**          /s/ Erica P. Grosjean
                                     UNITED STATES MAGISTRATE JUDGE

1