UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAKAN CHAMEL MILLS,<br><br>                                    Plaintiff,<br><br>          v.<br><br>R. CUELLAR, et al.,<br><br>                                    Defendants. | Case No. 1:20-cv-01247-NONE-EPG (PC)<br><br>ORDER GRANTING DEFENDANT CUELLAR'S SECOND *EX PARTE* APPLICATION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING<br><br>(ECF No. 29) |

Having read and considered Defendant Cuellar's *ex parte* application for an extension of time to file a response to Plaintiff's Complaint, the declaration of Defendant's counsel supporting the motion, and for good cause appearing, the application (ECF No. 29) is **GRANTED**.

If the parties do not settle the matter at the upcoming settlement conference on May 27, 2021, Defendant shall file and serve a response to Plaintiff's complaint on or before June 28, 2021.

IT IS SO ORDERED.

Dated:  **March 19, 2021**                                    /s/ Erica P. Grosjean
                                                                              UNITED STATES MAGISTRATE JUDGE