# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAKAN CHAMEL MILLS,<br><br>        Plaintiff,<br><br>   v.<br><br>R. CUELLAR, *California Correctional Peace Officer*,<br><br>        Defendant. | Case No. 1:20-cv-01247-NONE-EPG<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT JAKAN CHAMEL MILLS, P-11240<br><br>**DATE: May 27, 2021**<br>**TIME:  10:00 a.m.** |

    Plaintiff Jakan Chamel Mills, inmate no. P-11240, is a necessary and material witness needed to participate in a Zoom settlement conference occurring in this case on May 27, 2021. Plaintiff is confined at R.J. Donovan Correctional Facility in San Diego, California and is in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate for the Zoom video conference occurring on May 27, 2021 at 10:00 a.m. before the Hon. Helena M. Barch-Kuchta, United States Magistrate Judge.

    **ACCORDINGLY, IT IS ORDERED:**

    1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate Jakan Chamel Mills to testify in United States

1

District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. Defense counsel will provide the Litigation Office at R.J. Donovan Correctional Facility the undersigned's Zoom video conference connection information.

4. The **Clerk of the Court** is directed to serve a copy of this order to the Litigation Coordinator at the R.J. Donovan Correctional Facility and confirm the same on the docket.

5. Any difficulties concerning Zoom video conference, or connecting to the Zoom video conference, shall immediately be reported to Kirstie-Dunbar-Kari, Courtroom Deputy, at kdunbar-kari@caed.uscourts.gov.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden OR Sheriff of R.J. Donovan Correctional Facility**

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings held on the Zoom videoconference, or as ordered by the court;

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: April 29, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

